John J. Brannelly, Jr.
Law Office of Brannelly Law
12465 S. Fort Street, Suite 240
Draper, UT 84020
Phone: 801-953-9070
Email: jack@brannellylaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
### Central Division

| In re: | Bankruptcy No. 12-35908 |
|---|---|
| **Jeffrey D. Gray,** | Chapter 13 |
| Debtor. | Judge R. Kimball Mosier |

### EX PARTE MOTION FOR ORDER APPROVING
### WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 2091-1(b)(1), John J. Brannelly, Jr. hereby respectfully requests that he be granted leave to withdraw as counsel for Jeffrey D. Gray ("Debtor") in the above-captioned case. In connection herewith, John J. Brannelly, Jr. respectfully states as follows:

1. Debtor filed a voluntary Chapter 13 bankruptcy petition on 12/26/2012 ("Petition Date").

2. The petition was filed with John J. Brannelly, Jr. listed as the attorney of record.

3. Matthew K. Broadbent filed a Notice of Appearance of Counsel for Debtor after the Petition Date.

4. John J. Brannelly, Jr. is no longer with Vannova Legal, PLLC.

5. Matthew K. Broadbent will continue to represent the debtor on the above-captioned case.

6.      A copy of the Motion will be mailed to the Debtor.

WHEREFORE, counsel respectfully requests the Court enter an order approving its withdrawal as counsel for the Debtor and retain Matthew K. Broadbent as attorney of record.

DATED: May 21, 2014.

/s/
John J. Brannelly, Jr.
*With permission*